**Elonza Jesse TYLER, Plaintiff–
Appellant,**

v.

**R.L. ANDREASEN, M.D.; et al.,
Defendants–Appellees.**

No. 08–17370.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Elonza Jesse Tyler, Avenal, CA, pro se.

Kevin W. Reager, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Elonza Jesse Tyler, a California state prisoner, appeals pro se from the district court's summary judgment for prison medical officials in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Tyler failed to

raise a triable issue as to whether defendants were deliberately indifferent to his medical needs concerning his knees. *See id.* at 1058 ("[T]o prevail on a claim involving choices between alternative courses of treatment, a prisoner must show that the chosen course of treatment was medically unacceptable under the circumstances, and was chosen in conscious disregard of an excessive risk to [the prisoner's] health.") (internal quotation marks omitted, alteration in original).

Tyler's remaining contentions are unpersuasive.

We deny all pending motions.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

